IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYRON MOTON,                              :
        Plaintiff,                  :
    v.                                    : Case No. 3:19-cv-08-KRG-KAP
JOHN WETZEL, SECRETARY,                   :
PENNSYLVANIA DEPARTMENT OF                :
CORRECTIONS, *et al.*,                    :
        Defendants                  :

## Order

Plaintiff's Motion to Alter or Amend Judgment, ECF no. 50, and the pleading styled as a Motion for a Temporary Restraining Order, ECF no. 54, were referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on June 12, 2020, ECF no. 55, recommending that these motions be denied.

Petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 30th day of June, 2020, it is

ORDERED that the Motion to Alter or Amend Judgment, ECF no. 50, and the pleading styled as a Motion for a Temporary Restraining Order, ECF no. 54, are denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Myron Moton DM-8775
    S.C.I. Rockview
    Box A
    1 Rockview Place
    Bellefonte, PA 16823